UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>            Plaintiff,<br><br>    v.<br><br>SADEQ SALEH ALQADHI, et al.,<br><br>            Defendants. | Case No. 20-cv-05942-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **July 22, 2021**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 29, 2021**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: June 22, 2021

_____
Richard Seeborg
Chief United States District Judge