```
1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  855 Marina Bay Parkway, Suite 210
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, <br><br> Plaintiff, <br><br> Vs. <br><br> Sadeq Saleh Alqadhi, et al., <br><br> Defendants. | Case Number 20-5942 RS <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER |

Plaintiff Richard Sepulveda, and defendant Anselmo F. Lucas ("Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant is Jon R. Vaught of Vaught & Boutris, LLP), hereby stipulate as follows:

1. Plaintiff and Defendant entered into a written Settlement Agreement and General Release in this matter whereby they deemed resolved all claims, and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants and all claims, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendant Anselmo Lucas.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties and all claims. The default of defendant Sadeq Alquadhi was entered. Plaintiff will file a separate Notice of Dismissal for him together with this stipulation.

4. The Parties agree that the court retains jurisdiction to enforce the terms of the Settlement Agreement.

1

1
2  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
3  Attorney for Plaintiff Richard Sepulveda                                   7/23/2021
4  Vaught & Boutris, LLP – By: Jon R. Vaught /s/ Jon R. Vaught
5  Attorney for Defendant Anselmo Lucas                                       7/23/2021
6
7                                   FILER'S ATTESTATION
8
9  Pursuant to General Order 45, Section X(B), I hereby attest that on July 23, 2021, I, Richard A.
10 Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Jon
11 Vaught, in the filing of this document.
12
13 /s/ Richard A. Mac Bride
14 Richard A. Mac Bride
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Alqadhi, et al., Case No. 20-5942 RS, is dismissed with prejudice with respect to all parties, with each party to bear his own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Date: __July 27th, 2021__                                              _____

                                                                        Richard Seeborg

                                                                        United States District Judge